Dismissed and Memorandum Opinion filed March 17, 2005









Dismissed and Memorandum Opinion filed March 17, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00524-CV

____________

 

TEXAS SOUTHERN UNIVERSITY, Appellant/Cross-Appellee

 

V.

 

CHARLES DAVID CARTER,
Appellee/Cross-Appellant

 



 

On Appeal from the
127th District Court

Harris County, Texas

Trial Court Cause
No. 98-50486

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2004.

On February 22, 2005, the parties filed an agreed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum
Opinion filed March 17, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.